IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDITH APONTE,<br>  Plaintiff,<br><br>v.<br><br>PHILADELPHIA GAS WORKS,<br>  Defendant. | CIVIL ACTION<br><br><br><br>NO. 23-3568 |

**O R D E R**

**AND NOW**, on this 30th day of September, 2025, upon review of Defendant Philadelphia Gas Works' ("Defendant") Motion for Summary Judgment (ECF No. 17) on all Counts (I-VI) of Plaintiff Edith Aponte's ("Plaintiff") Complaint (ECF No. 1), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Kelley B. Hodge

_____
HODGE, KELLEY B., J.